UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )       Criminal No. 18-0098-2 (PLF)
                                        )
TIERA HIGHT,                            )
                                        )
        Defendant.                      )
_____)


MEMORANDUM OPINION AND ORDER

       On October 10, 2018, the defendant, Tiera Hight, pled guilty to two counts of

assault, in violation of 18 U.S.C. § 111(a) and 22 D.C. Code § 404, both misdemeanors.  On

April 1, 2019, the Court sentenced Ms. Hight to time served (approximately fifty days in jail,

followed by 21 days of home confinement release in the high intensity supervision program), and

imposed a 12-month period of supervised release and a $75 assessment – $25 payable to the

Clerk of the U.S. District Court and $50 to the D.C. Superior Court.  See Presentence

Investigation Report [Dkt. No. 70] at 5; Judgment [Dkt. No. 80] at 7.  In addition to the standard

conditions of supervision, the Court imposed special conditions that included requiring Ms.

Hight to participate in an anger management program and cognitive behavioral treatment.  See

Judgment [Dkt. No. 80] at 5.  Her period of supervised release is scheduled to end on March 31,

2020.

       On December 2, 2019, U.S. Probation Officer Lisa Davis submitted a petition

alleging that Ms. Hight had violated conditions of her supervised release.  See Probation Petition

[Dkt. No. 85].  The petition alleges that Ms. Hight failed to report to the Probation Office on

three separate occasions. Id. at 3. The petition also alleges that Ms. Hight was disruptive during the cognitive behavioral therapy sessions that the Court ordered her to attend as part of her supervised release. Id. The petition further alleges that Ms. Hight was disruptive and insisted that she did not need a mental health assessment during her initial meeting with a counselor for the anger management program in which the Court ordered her to participate as part of her supervised release. Id. Finally, the petition alleges that Ms. Hight has not paid the special assessment imposed in full. Id.

The Court held a hearing on the supervised release violation on January 9, 2020. The Probation Office, the government, and defense counsel agree that imprisonment would not assist Ms. Hight at this time and do not recommend it. The government represented, however, that it will seek imprisonment if Ms. Hight continues to refuse to comply with the conditions of her supervised release. Having considered the representations by the Probation Officer, the government, defense counsel, and Ms. Hight herself at the January 9 hearing, the Court agrees that Ms. Hight's supervised release should continue but only on the condition that she comply with this order. The Court hopes that Ms. Hight may ultimately find some of these conditions of supervision helpful, but even if she does not, she is required to participate.

Accordingly, it is hereby

ORDERED that Ms. Hight must report to the DC Department of Behavioral Health for a psychological assessment and provide the Probation Office with a copy of its report and recommendation; it is

FURTHER ORDERED that Ms. Hight must participate in an anger management program, as specified in the special conditions of supervision; it is

FURTHER ORDERED that Ms. Hight must pay $50, the balance of her special assessment, to DC Courts Banking and Finance Division, Attn: Reporting and Controls Branch, 616 H Street, NW, 6th Floor, Rm. 6054, Washington, D.C. 20001;[1] it is

FURTHER ORDERED that Ms. Hight must provide the Probation Office with proof of her full time employment, as required by the standard conditions of supervision, No. 7; and it is

FURTHER ORDERED that a status conference is scheduled for February 25, 2020 at 9:00 a.m. to confirm whether Ms. Hight has complied with this order and with all of the other conditions of her supervised release.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 13, 2020

---

[1] The special assessment should be paid to:

> D.C. Courts
> Banking and Finance Division
> Attn: Reporting & Controls Branch
> 616 H Street, NW
> 6th Floor, Rm: 6054
> Washington, D.C. 20001

Ms. Hight is advised that she may either mail payment or bring it directly in person to that address. Payment can be made by money order or cashier's check. Ms. Hight should include the pertinent information with her payment, whether in person or via mail, such as her case number and the amount owed. If Ms. Hight delivers payment in person, she will receive a receipt the same day. If she chooses to mail her payment, a receipt will be mailed back to her.